William B. Pollard, III (WB-9542)
Catherine M. Irwin (CI-7287)
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, New York  10017
(212) 418-8600

*Attorneys for Plaintiff*
*Executive Risk Indemnity Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
EXECUTIVE RISK INDEMNITY INC.,           :
                                         :     08 Civ. 1822 (DLC/AJP)
                    Plaintiff,           :
     -v-                                 :
                                         :     NOTICE OF APPEARANCE
WESTPORT INSURANCE CORPORATION,          :
                                         :
                    Defendants.          :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter our appearance as counsel for plaintiff Executive Risk Indemnity Inc.

William B. Pollard, III and Catherine M. Irwin (formerly Montjar) are both admitted to practice in this court.

Dated: New York, New York
       February 29, 2008

                                KORNSTEIN VEISZ WEXLER & POLLARD, LLP


                                By: s/ Catherine M. Irwin
                                    William B. Pollard, III (WB-9542)
                                    Catherine M. Irwin (CI-7287)
                                757 Third Avenue
                                New York, New York  10017
                                Telephone: 212-418-8600
                                E-mail: wpollard@kvwmail.com
                                        cirwin@kvwmail.com