William B. Pollard, III (WB-9542)
Catherine M. Irwin (CI-7287)
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

*Attorneys for Plaintiff*
*Executive Risk Indemnity Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EXECUTIVE RISK INDEMNITY INC.,                :
                                                                              :     08 Civ. 1822 (DLC/AJP)
                                        Plaintiff,              :
         -v-                                                           :
                                                                              :     RULE 7.1 STATEMENT
WESTPORT INSURANCE CORPORATION,  :
                                                                              :
                                        Defendants.         :
-----------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Executive Risk Indemnity Inc., by and through the undersigned counsel, states that it is a wholly-owned subsidiary of the following publicly held corporation:

THE CHUBB CORPORATION

Dated: New York, New York
      February 29, 2008

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

By: s/ Catherine M. Irwin
    William B. Pollard, III (WB-9542)
    Catherine M. Irwin (CI-7287)
757 Third Avenue
New York, New York 10017
Telephone: 212-418-8600
E-mail: wpollard@kvwmail.com
      cirwin@kvwmail.com

2172092NOTCMI.00001.wpd