William B. Pollard, III (WB-9542)
Catherine M. Irwin (CI-7287)
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

*Attorneys for Plaintiff*
*Executive Risk Indemnity Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
EXECUTIVE RISK INDEMNITY INC.,           :
                                          :   08 Civ. 1822 (DLC/AJP)
                    Plaintiff,            :
        -v-                               :   NOTICE OF RULE 81.1
                                          :   STATEMENT OF OMITTED
WESTPORT INSURANCE CORPORATION,           :   INFORMATION ON
                                          :   REMOVAL
                    Defendants.           :
---------------------------------------------------------------x

Pursuant to Local Rule 81.1 of the Federal Rules of Civil Procedure, Plaintiff Executive Risk Indemnity Inc., by and through the undersigned counsel, states that attached as Exhibit A is the summons that was filed in the state court. Attached as Exhibit B are the affidavits of service.

Dated: New York, New York
       March 3, 2008

                                KORNSTEIN VEISZ WEXLER & POLLARD, LLP


                                By: s/ Catherine M. Irwin
                                    William B. Pollard, III (WB-9542)
                                    Catherine M. Irwin (CI-7287)
                                757 Third Avenue
                                New York, New York 10017
                                Telephone: 212-418-8600
                                E-mail: wpollard@kvwmail.com
                                        cirwin@kvwmail.com

2172092NOTCMI.00003.wpd

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X
EXECUTIVE RISK INDEMNITY INC.,

        Plaintiff,

- against -

WESTPORT INSURANCE CORPORATION,

        Defendant.
----------------------------------------X

Index No. _____
Date purchased: January 23, 2008

Plaintiff designates New York
County as the place of trial.

The basis of the venue is
CPLR 503(a) and (c)

**SUMMONS**   08600200

Plaintiff resides at
55 Water Street
New York, New York 10041
County of New York

FILED
JAN 23 2008
COUNTY CLERK'S OFFICE
NEW YORK

TO THE ABOVE-NAMED DEFENDANTS:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, within twenty (20) days after the service of this summons, exclusive of the day of service, or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
      January 23, 2008

                  KORNSTEIN VEISZ WEXLER & POLLARD, LLP

                  By: _____
                        William B. Pollard, III
                        Catherine M. Irwin
757 Third Avenue
New York, New York 10017
(212) 418-8600

*Attorneys for Plaintiff*

TO:  WESTPORT INSURANCE CORPORATION
     1114 Avenue of the Americas
     New York, New York 10036

William B. Pollard, III (WB-9542)
Catherine M. Irwin (CI-7287)
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

*Attorneys for Plaintiff*
*Executive Risk Indemnity Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EXECUTIVE RISK INDEMNITY INC.,                       :
                                                      :   08 Civ. 1822 (DLC/AJP)
                        Plaintiff,                    :
            -v-                                       :
                                                      :   **AFFIDAVIT OF SERVICE**
WESTPORT INSURANCE CORPORATION,                       :
                                                      :
                        Defendants.                   :
-------------------------------------------------------------x
STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CATHERINE M. IRWIN, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age, and reside in New York, New York.

2. On February 29, 2008, I served a true copy of the **SUMMONS**, by e-mailing the same to the last known e-mail address of the following as indicated below:

> Robert Conlon
> WALKER WILCOX MATOUSEK LLP
> 225 West Washington Street, Suite 2400
> Chicago, Illinois 60606-3418
> (312) 244-6700
> rconlon@wwmlawyers.com
> *Attorney for Defendant Westport Insurance Corporation*

2172092AFFCMI.00001.wpd

3.  Robert Conlon previously agreed to accept service on behalf of the defendant.

_____
CATHERINE M. IRWIN

Sworn to before me this
3rd day of March, 2008

_____
NOTARY PUBLIC

**MARIANA PASTORE**
**NOTARY PUBLIC, State of New York**
No. 02PA6097469
Qualified in Kings County
Commission Expires Aug. 18, 2011

William B. Pollard, III (WB-9542)
Catherine M. Irwin (CI-7287)
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

*Attorneys for Plaintiff*
*Executive Risk Indemnity Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EXECUTIVE RISK INDEMNITY INC.,  :
                                    :    08 Civ. 1822 (DLC/AJP)
           Plaintiff, :
     -v-                        :
                                    :    **AFFIDAVIT OF SERVICE**
WESTPORT INSURANCE CORPORATION, :
          Defendants. :
------------------------------------------------------------x

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

       ELINA SLAVINA, being duly sworn, deposes and says:

1.     I am not a party to the action, am over 18 years of age, and reside in Brooklyn, New York.

2.     On February 29, 2008, I served a true copy of the **SUMMONS**, by mailing the same by FedEx - Priority Overnight, in a FedEx Envelope, within the State of New York, addressed to the last known address of the following as indicated below:

> Robert Conlon
> WALKER WILCOX MATOUSEK LLP
> 225 West Washington Street, Suite 2400
> Chicago, Illinois 60606-3418
> (312) 244-6700
> *Attorney for Defendant Westport Insurance Corporation*

2172092AFFJAH.00002.wpd

_____
ELINA SLAVINA

Sworn to before me this
_3_ day of March, 2008

_____
NOTARY PUBLIC

**MARIANA PASTORE**
**NOTARY PUBLIC, State of New York**
No. 02PA6097469
Qualified in Kings County
Commission Expires Aug. 18, 2011