William B. Pollard, III (WP-9542)
Catherine M. Irwin (CI-7287)
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

*Attorneys for Plaintiff*
*Executive Risk Indemnity Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EXECUTIVE RISK INDEMNITY INC.,           :
                                         :     08 Civ. 1822 (DLC/AJP)
                    Plaintiff,           :
                                         :
        -v-                              :
                                         :     NOTICE OF APPEARANCE
WESTPORT INSURANCE CORPORATION,          :
                                         :
                    Defendants.          :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel for plaintiff Executive Risk Indemnity Inc.

Dated: New York, New York
       March 5, 2008

                              KORNSTEIN VEISZ WEXLER & POLLARD, LLP


                              By: s/ William B. Pollard, III
                                  William B. Pollard, III (WP-9542)
                              757 Third Avenue
                              New York, New York 10017
                              Telephone: 212-418-8600
                              E-mail: wpollard@kvwmail.com