William B. Pollard, III (WP-9542)
Catherine M. Irwin (CI-7287)
Amy C. Gross (AG-8836)
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

*Attorneys for Plaintiff*
*Executive Risk Indemnity Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EXECUTIVE RISK INDEMNITY INC.,                     :
                                                   :       08 Civ. 1822 (DLC/AJP)
                             Plaintiff,            :
        -v-                                        :
                                                   :       NOTICE OF APPEARANCE
WESTPORT INSURANCE CORPORATION,                    :
                                                   :
                             Defendants.           :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel for plaintiff Executive Risk Indemnity Inc.

Dated: New York, New York
       March 5, 2008

                                    KORNSTEIN VEISZ WEXLER & POLLARD, LLP

                                    By: s/ Amy C. Gross
                                        Amy C. Gross (AG-8836)
                                    757 Third Avenue
                                    New York, New York 10017
                                    Telephone: 212-418-8600
                                    E-mail: agross@kvwmail.com

2172092NOTACG 00001.wpd