William B. Pollard, III (WP-9542)
Catherine M. Irwin (CI-7287)
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, New York  10017
(212) 418-8600

*Attorneys for Plaintiff*
*Executive Risk Indemnity Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EXECUTIVE RISK INDEMNITY INC.,          :
                                        :   08 Civ. 1822 (DLC/AJP)
                    Plaintiff,          :
    -v-                                 :
                                        :   NOTICE OF
WESTPORT INSURANCE CORPORATION,         :   CHANGE OF ADDRESS
                                        :
                    Defendants.         :
------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that the firm name and address associated with my name on the court e-filing system are incorrect. The correct firm name is Kornstein Veisz Wexler & Pollard, LLP and the address is 757 Third Avenue, New York, New York 10017 (as listed below).

Dated: New York, New York
       March 5, 2008

                                    KORNSTEIN VEISZ WEXLER & POLLARD, LLP

                                    By: s/ William B. Pollard, III
                                        William B. Pollard, III (WP-9542)
                                    757 Third Avenue
                                    New York, New York  10017
                                    Telephone: 212-418-8600
                                    E-mail: wpollard@kvwmail.com

2172092NOTWBP.00002.wpd