# GARBARINI & SCHER, P.C.

ATTORNEYS AT LAW

432 PARK AVENUE SOUTH

NEW YORK, N.Y. 10016-8013

(212) 689-1113

MYRNA A. LEVINSON
GEORGE J. KEHAYAS
WILLIAM G. SCHER *○‡◊
KURT LEE WEINMANN *
PAUL M. PALEY □
GREGG D. WEINSTOCK *‡○
YUVAL D. BAR-KOKHBA
CHRISTINE FERNANDEZ CORDOVA
BARRY M. RUDERMAN
BARRY ROTHMAN ‡
THOMAS M. COOPER
JACK J. DENNEHY
ANTHONY D. DELLACROCE
BILL GIANARIS
SCOTT M. DORESON
ANDREW LONGO○
PAMELA D. FIELD*■
DAVID H. ALLWEISS*
IAN C. HELLER
RITA F. ARONOV*

WILLIAM D. BUCKLEY*+
APPELLATE COUNSEL

ALSO ADMITTED IN
  * NEW JERSEY
  ○ CONNECTICUT
  ‡ WASHINGTON, D.C.
  ■ FLORIDA
  ◊ NORTH DAKOTA
  + MICHIGAN

FACSIMILE
(212) 725-9630

E-MAIL ADDRESS
legal@garbarini-scher.com

LONG ISLAND OFFICE
170 OLD COUNTRY ROAD, SUITE 600
MINEOLA, N.Y. 11501-4307
(516) 248-3012

WESTCHESTER OFFICE
202 MAMARONECK AVENUE, SUITE 500
WHITE PLAINS, N.Y. 10601-5312
(914) 949-7100

NEW JERSEY OFFICE
COURT PLAZA NORTH
25 MAIN STREET, 6TH FLOOR
HACKENSACK, N.J. 07601-7025
(201) 343-2002

CONNECTICUT OFFICE
66 FIELD POINT ROAD
GREENWICH, CT 06830-6473
(203) 256-8932

CHAS. J. GARBARINI (1962-2001)

EMERITUS
STANLEY J. SCHER
LEONARD WEINSTOCK

[Stamp: RECEIVED MAR 18 2008 CHAMBERS OF ANDREW J. PECK]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC#___ DATE FILED: 3/19/08]

March 17, 2008

**MEMO ENDORSED** 3/19/08

[Handwritten endorsement, partially illegible:] At this point, I will not infer "disqualif[ication]"... [illegible]...

**VIA HAND DELIVERY**
Hon. Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

[signature] Andrew J. Peck
United States Magistrate Judge

Re: Executive Risk Indemnity, Inc. v. Westport Insurance Company
Docket No.: 08 CV 1822 (DLC)(AJP)

**BY FAX**

Dear Judge Peck

  We write on behalf of defendant Westport Insurance Company with respect to the above-captioned matter. We are in receipt of plaintiff's counsel's letter to the Court of March 14, 2008 which reveals counsel's acquaintance with Your Honor since the mid-1970's when you were both associates at the Paul Weiss firm, as well as your continued dealings with counsel both professionally and personally.

  In light of the above, on behalf of our client, we would respectfully request that Your Honor recuse yourself from this action. We would welcome any conference which the Court may deem appropriate to discuss this matter, and thank the Court for its attention to this matter.

Very truly yours,

[signature]
William G. Scher (WS 2891)

WGS:ak
cc: William B. Pollard, III, Esq.  Via E-mail
    Hon. Denise L. Cote            Via Hand Delivery
    Joyce Noyce, Esq.              Via E-mail

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:   March 19, 2008                              Total Number of Pages:  2

| TO | FAX NUMBER |
|---|---|
| William G. Scher, Esq. | 212-725-9630 |
| William B. Pollard, III, Esq. | 212-826-3640 |
|  |  |

# TRANSCRIPTION:

MEMO ENDORSED 3/19/08

At this point, while I am the "designated" Magistrate Judge, the case has not been "referred" by the District Judge for any purpose. Thus, the recusal request is premature and moot. Should the case be referred to me, you may renew your request — but it should be made as a motion with citation to case law.


Copy to:   Judge Denise L. Cote