AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                        ss.:
COUNTY OF NEW YORK    )

Kathleen A. Newton, being duly sworn, deposes and says:

1.     I am over the age of 18, am not a party to the within action, and reside in

Queens County, New York.

2.     On March 20, 2008, I caused the foregoing Notice of Initial Pretrial

Conference and Individual Practices in Civil Cases, Denise Cote, United States District Judge,  to

be served upon:

> Robert Conlon, Esq.
> Walker Wilcox Matousek LLP
> 225 West Washington Street, Suite 2400
> Chicago, IL 60606-3418

by enclosing a true copy thereof in properly addressed, postage prepaid envelopes, and placing

them for delivery by first-class mail in an official U.S. Postal Service depository.

_____
Kathleen A. Newton

Sworn to before me this
20th day of March, 2008

_____
Notary Public
MARILYN GORDON
Notary Public, State of New York
NO. 31-4702808
Qualified in New York County
Commission Expires March 30, ____
December 31, 2008