UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.,<br><br>                            Plaintiff,<br><br>- against -<br><br>WESTPORT INSURANCE CORPORATION,<br><br>                            Defendant. | Case No. 08-CV-1822 (DLC)<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

      MAUREEN GRIFFIN, being duly sworn, deposes and says, that the deponent is a resident of Copiague, New York, is not a party of this action, and is over 18 years of age.

      That on the 30th day of March, 2008, the undersigned served the within **DEFENDANT WESTPORT INSURANCE CORPORATION'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO STAY** dated March 20, 2008 upon the attorneys named below by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, and directed to the said attorneys at the address indicated below, such address being the address designated by said attorneys for that purpose.

                        KORNSTEIN, VEISZ, WEXLER & POLLARD, LLP
                        Attorneys for Plaintiff
                        *Executive Risk Indemnity, Inc.*
                        757 Third Avenue
                        New York, New York 10017
                        Attn: William B. Pollard III, Esq.

                                                    _____
                                                    MAUREEN GRIFFIN

Sworn to before me this
20th day of March, 2008

_____
BILL GIANARIS
Notary Public, State of New York
No. 02GI5057590
Qualified in Queens County
Commission Expires 6/12/10

F:\CASES\16073\Affidavit of Service for Reply Memo.wpd