```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
EXECUTIVE RISK INDEMNITY INC.,          :
                        Plaintiff,      :
                                        :       08 Civ. 1822 (DLC)
            -v-                         :
                                        :            ORDER
WESPORT INSURANCE CORPORATION,          :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    The initial pre-trial conference in the above-captioned action is scheduled for April 10, 2008, at 2:30 p.m. Accordingly, it is hereby

    ORDERED that, in advance of the conference, the parties meet and confer so that they are prepared at conference to discuss a schedule for the action going forward.

    SO ORDERED:

Dated:    New York, New York
          March 31, 2008

                                    _____
                                         DENISE COTE
                               United States District Judge