```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
EXECUTIVE RISK INDEMNITY INC.,        :
                     Plaintiff,       :
                                      :    08 Civ. 1822 (DLC)
           -v-                        :
                                      :        ORDER
WESPORT INSURANCE CORPORATION,        :
                     Defendant.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

   For reasons discussed on the record at the initial pretrial conference held today, April 10, 2008, it is hereby

   ORDERED that defendant's March 6, 2008 motion to stay is denied.

   SO ORDERED:

Dated:   New York, New York
         April 10, 2008

                                    _____
                                              DENISE COTE
                                      United States District Judge