UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC., <br><br> Plaintiff, <br><br> - against - <br><br> WESTPORT INSURANCE CORPORATION, <br><br> Defendant. | Case No. 08-CV-1822 (DLC) <br><br> **MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gregg D. Weinstock, Esq., a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

>Robert Patrick Conlon, Esq.
>Walker, Wilcox & Matousek, LLP
>225 West Washington Street, Suite 2400
>Chicago, IL 60606
>Tel: (312) 244-6700
>Fax: (312) 244-6800
>
>Joyce F. Noyes, Esq.
>Walker, Wilcox & Matousek, LLP
>225 West Washington Street, Suite 2400
>Chicago, IL 60606
>Tel: (312) 244-6700
>Fax: (312) 244-6800

Robert Patrick Conlon is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Robert Patrick Conlon in any State or Federal Court.

Joyce F. Noyes is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Joyce F. Noyes in any State or Federal Court.

Dated: New York, New York
       March 14, 2008

          Respectfully submitted,

          GARBARINI & SCHER, P.C.

By: _____
          Gregg D. Weinstock
          S.D.N.Y. Bar No. GW-8078
          Local Counsel for Defendant
          *Westport Insurance Corporation*
          432 Park Avenue South, 9th Floor
          New York, New York 10016-8013
          (212) 689-1113

TO:   KORNSTEIN, VEISZ, WEXLER &
       POLLARD, LLP
       Attorneys for Plaintiff
       *Executive Risk Indemnity, Inc.*
       757 Third Avenue
       New York, New York 10017
       Attn: William B. Pollard III, Esq.
       (212) 418-8600

8. Accordingly, I am pleased to move the admission of Robert Patrick Conlon and Joyce F. Noyes *pro hac vice*.

9. I respectfully submit proposed Orders granting the admission of Robert Patrick Conlon and Joyce F. Noyes, which are attached hereto as Exhibits 1 and 2, respectively.

**WHEREFORE**, it is respectfully requested that the motion to admit Robert Patrick Conlon and Joyce F. Noyes *pro hac vice* to represent the defendant in the above-captioned matter be granted.

Dated: New York, New York
March 14, 2008

Sworn to before me this
3rd ~~18th~~ day of ~~March,~~ April, 2008

_____
Notary Public

PAULETTE ROMERO
Notary Public, State of New York
No. 01RO6049073
Qualified in Queens County
Commission Expires Oct 2, 2010

Respectfully submitted,

GARBARINI & SCHER, P.C.

By: _____
Gregg D. Weinstock
S.D.N.Y. Bar No. GW-8078
Local Counsel for Defendant
*Westport Insurance Corporation*
432 Park Avenue South, 9th Floor
New York, New York 10016-8013
(212) 689-1113

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.,<br><br>                                    Plaintiff,<br><br>- against -<br><br>WESTPORT INSURANCE CORPORATION,<br><br>                                    Defendant. | Case No. 08-CV-1822 (DLC)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Gregg D. Weinstock, attorney for defendant Westport Insurance Corporation and said sponsor Attorney's Affidavit in Support,

**IT IS HEREBY ORDERED** that

> Robert Patrick Conlon, Esq.
> Walker, Wilcox & Matousek, LLP
> 225 West Washington Street, Suite 2400
> Chicago, IL 60606
> Tel: (312) 244-6700
> Fax: (312) 244-6800

is admitted to practice *pro hac vice* as counsel for defendant Westport Insurance Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March ____, 2008
            New York, New York

                                                            _____
                                                            United States District/Magistrate Judge

F:\CASES\16073\Motion to Admit Counsel.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>- against -<br><br>WESTPORT INSURANCE CORPORATION,<br><br>　　　　　　　　　　　　Defendant. | Case No. 08-CV-1822 (DLC)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Gr egg D. Weinstock, attorney for defendant Westport Insurance Corporation and said sponsor Attorney's Affidavit in Support,

**IT IS HEREBY ORDERED** that

　　　　　　　　Joyce F. Noyes, Esq.
　　　　　　　　Walker, Wilcox & Matousek, LLP
　　　　　　　　225 West Washington Street, Suite 2400
　　　　　　　　Chicago, IL 60606
　　　　　　　　Tel: (312) 244-6700
　　　　　　　　Fax: (312) 244-6800

is admitted to practice *pro hac vice* as counsel for defendant Westport Insurance Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March ___, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Robert Patrick Conlon
Walker Wilcox Matousek LLP
225 West Washington Street, #2400
Chicago, IL  60606

Chicago
Monday, March 31, 2008

In re: Robert Patrick Conlon
Admitted: 11/7/1985
Attorney No. 6190473

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Deputy Registrar

RT



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Joyce F. Noyes
Walker Wilcox Matousek LLP
225 W. Washington St., Suite 2400
Chicago, IL 60606-2418

Chicago
Monday, March 31, 2008

In re: Joyce F. Noyes
Admitted: 11/4/1993
Attorney No. 6215889

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: /s/ Roxanne Trenter
Roxanne Trenter
Deputy Registrar

RT

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK  )

MAUREEN GRIFFIN, being duly sworn, deposes and says, that the deponent is a resident of Copiague, New York, is not a party of this action, and is over 18 years of age.

That on the 10th day of April, 2008, the undersigned served the within **MOTION TO ADMIT COUNSEL *PRO HAC VICE* and AFFIDAVIT OF GREGG D. WEINSTOCK IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** upon the attorneys named below by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, and directed to the said attorneys at the address indicated below, such address being the address designated by said attorneys for that purpose.

> KORNSTEIN, VEISZ, WEXLER & POLLARD, LLP
> Attorneys for Plaintiff
> *Executive Risk Indemnity, Inc.*
> 757 Third Avenue
> New York, New York 10017
> Attn: William B. Pollard III, Esq.

_____
MAUREEN GRIFFIN

Sworn to before me this
10th day of April, 2008

_____
Paulette Romero
Notary Public, State of New York
Registration #01RO6049073
Qualified in Queens County
My Commission Expires October 2, 2010