```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
EXECUTIVE RISK INDEMNITY, INC.,          :    08 CIV. 1822 (DLC)
                                         :
              Plaintiff,                 :    PRETRIAL
                                         :    SCHEDULING ORDER
        -v-                              :
                                         :
WESTPORT INSURANCE CORPORATION,          :
                                         :
              Defendant.                 :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on April 10, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **April 14, 2008**.

2.  By **May 9, 2008**, plaintiff shall submit a proposed order of coordination.

3.  The following motion will be served by the dates indicated below.

    Pepper Hamilton's motion to intervene

    -   Motion served by **May 16, 2008**
    -   Opposition served by **June 6, 2008**
    -   Reply served by **June 13, 2008**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

4.  The next pretrial conference is scheduled for **June 20, 2008** at **3:30 p.m.** in Courtroom 11B, 500 Pearl Street.

Dated:  New York, New York
        April 14, 2008

                                        _____
                                              DENISE COTE
                                        United States District Judge