SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC., <br><br> Plaintiff, <br><br> - against - <br><br> WESTPORT INSURANCE CORPORATION, <br><br> Defendant. | Case No. 08-CV-1822 (DLC) <br><br> **MOTION TO ADMIT** <br> **COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gregg D. Weinstock, Esq., a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

> Robert Patrick Conlon, Esq.
> Walker, Wilcox & Matousek, LLP
> 225 West Washington Street, Suite 2400
> Chicago, IL 60606
> Tel: (312) 244-6700
> Fax: (312) 244-6800
>
> Joyce F. Noyes, Esq.
> Walker, Wilcox & Matousek, LLP
> 225 West Washington Street, Suite 2400
> Chicago, IL 60606
> Tel: (312) 244-6700
> Fax: (312) 244-6800

Robert Patrick Conlon is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Robert Patrick Conlon in any State or Federal Court.

Joyce F. Noyes is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Joyce F. Noyes in any State or Federal Court.

Dated: New York, New York
       March 14, 2008

F:\CASES\16073\Motion to Admit Counsel.wpd

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 4/16/08

        Respectfully submitted,

        GARBARINI & SCHER, P.C.

By: _____
        Gregg D. Weinstock
        S.D.N.Y. Bar No. GW-8078
        Local Counsel for Defendant
        *Westport Insurance Corporation*
        432 Park Avenue South, 9th Floor
        New York, New York 10016-8013
        (212) 689-1113

TO:   KORNSTEIN, VEISZ, WEXLER &
       POLLARD, LLP
       Attorneys for Plaintiff
       *Executive Risk Indemnity, Inc.*
       757 Third Avenue
       New York, New York 10017
       Attn: William B. Pollard III, Esq.
       (212) 418-8600