UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEPPER HAMILTON LLP, <br><br> Intervenor Plaintiff, <br><br> v. <br><br> WESTPORT INSURANCE CORPORATION AND EXECUTIVE RISK INDEMNITY, INC., <br><br> Defendants. | Case No. 08 CV 01822 (DLC) |

### AFFIDAVIT OF ROBERT E. HEIDECK

STATE OF PENNSYLVANIA      )
                                             :ss.:
COUNTY OF PHILADELPHIA  )

ROBERT E. HEIDECK, being duly sworn, deposes and says:

1. I am a member of the Pennsylvania bar and the Executive Partner of the firm of Pepper Hamilton LLP ("Pepper"), and make this affidavit upon personal knowledge.

2. Pepper is a law firm organized as a Pennsylvania Limited Liability Partnership. As of the date the above-captioned action was commenced and presently, Pepper has partners who reside in the States of Pennsylvania, New Jersey and Delaware.

_____
Robert E. Heideck

Sworn to before me this
15th day of May, 2008

_____
Notary Public

Commonwealth of Pennsylvania
NOTARIAL SEAL
JOANNE E. POTTS, NOTARY PUBLIC
CITY OF PHILADELPHIA, COUNTY OF PHILADELPHIA
MY COMMISSION EXPIRES AUGUST 11, 2010