UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PEPPER HAMILTON LLP,<br><br>        Intervenor<br>        Plaintiff,<br><br>v.<br><br>WESTPORT INSURANCE CORPORATION<br>AND EXECUTIVE RISK INDEMNITY, INC.,<br><br>        Defendants. | Case No. 08 CV 01822 (DLC)<br><br>**NOTICE OF MOTION TO INTERVENE AND TO DISMISS** |

**PLEASE TAKE NOTICE** that upon the attached Affidavit of Charles A. Gilman, sworn to May 16, 2008, the Exhibit thereto, and upon the Affidavit of Robert E. Heideck, sworn to May 15, 2008, and upon the accompanying Memorandum of Law, Intervenor Plaintiff Pepper Hamilton LLP will move this Court, before the Honorable Denise L. Cote, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court, for an Order granting permission to intervene in the above-captioned action and dismissing the same.

Dated: May 16, 2008				Respectfully submitted,

								CAHILL GORDON & REINDEL LLP

								By: /s/ Charles A. Gilman
								Charles A. Gilman
								David G. Montone
								Eighty Pine Street
								New York, New York 10005
								(212) 701-3000
								*Attorneys for Pepper Hamilton LLP*


To:	Robert P. Conlon, Esq.
	Walker Wilcox Matousek LLP
	225 W. Washington Street, Suite 2400
	Chicago, Illinios 60606-3418
	*Attorneys for Defendant Westport Insurance Corporation*

	William B. Pollard III, Esq.
	Kornstein Veisz Wexler & Pollard LLP
	757 Third Avenue
	New York, New York 10017
	*Attorneys for Defendant Executive Risk Indemnity Inc.*